FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 13 2024 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Marc Anthony Mascuzzio
_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

(LoRocco)
-against-
Sheriff of Nassau
County Corrections
Corporal Moskal
Officer D'Andrea

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

CV 24 1923

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND
YES  X   NO ____

TISCIONE, M.J.

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Marc Anthony Mascuzzio

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Facility
100 Carmen Ave.  (N.C.C.C.)
East Meadow, N.Y. 11554

Prisoner ID Number: 2023003092

1

If you are not incarcerated, provide your current address:

1830 Bellmore Ave U19
North Bellmore NY
11710

Telephone Number: 516·451·3053

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Proffesionally & Personally

Full Name: Mrs. Moskal AKA Blonde AKA Cpl. M
Job Title: Nassau County Sheriffs Dept. (Corporal Moskal)
Address: 100 Carmen ave. East Meadow, NY 11554.

Defendant No. 2

Proffesionally & Personally

Full Name: Mr. LoRocco Sheriff of Nassau County
Job Title: "Sheriff" NCCC
Address: 100 Carmen Ave. East Meadow, NY 11554.

Defendant No. 3

Personally & Proffesionally

Full Name: Housing officer (D'Andrea)
Job Title: Nassau County Corr officer
Address: 100 Carmen ave.

2

_East Meadow NY 11554-1146_
Address

**Defendant No. 4**

_____
Full Name

_____
Job Title

_____
_____
Address

**Defendant No. 5**

_____
Full Name

_____
Job Title

_____
_____
Address

**II.   Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _IN the MAIN building, known as the "core" B4C Block, gallery in a cell_

When did the events happen? (include approximate time and date) _January 11th 2024 @ approx. 9:30am_

Facts: (what happened?) ON the morning of January 11th 2024 I was assaulted on B4C block. Not only was I assaulted, it was all because I had words with "Corporal Moskal" "Blonde". She uses her sex appeal & her high pitched voice to get "Her way" w/ the gang members. This all stemmed from (Smally) returned from Court Jan. 10th 2024 from "Blonde" telling inmate that locked next to me on B4C in 10 cell (Smally) on his return from Court on Jan. 10th 2024. that she moved someone that "Likes to Beat on his mother") next to you in 9 cell this morning. — ON Jan. 11th 2024 I was told to pack my things b/c I was being re-housed to Medical (Clinic) for a fractured Toe. Once my gate open I was still packing my belongings & the Camera will show me stepping out of my cell to offer my kool-aid b/c I was going to toss it. Once I turned to go back in my cell I was attacked, & all they kept saying was "You like to beat on your mother?!" I had to curl up & defend myself during this frightening moment until the punches stopped. I still have nightmares of the attack. All because I had a fight a few days prior on B5B while this "Blonde" was working and we had words. The words were not pleasant & I was attacked b/c of this I asked to press charges of my attackers to no avail..

II.A.   Injuries.        If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I am still scared today from not being able to hear out of my left ear. Dr. Henigg that my ear drum is ruptured. My left eye was swollen shut and I also recieved 2 stitches over my left eye, between my eye & my ear. I continue to get Migrain Headaches. I keep signing up sick call slips to address my ear (Hearing) and I keep getting neglected.

4

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

I am seeking (20,000,000) 20 million US Dollars. for the Simple fact of there practices & acting in concert or accomplices to have me assaulted. The fact that their are no Body Cameras or Cameras throughout the Jail is mind blowing in itself. We are in 2024 & they keep getting away with these practices & procedures and not being held accountable for there actions. I also had to file this pro-Se b/c every law firm i have contacted said they decline funding NOT to claim (sue) Nassau County Correctional Center.

I declare under penalty of perjury that on __March 7th 2024__ I delivered this
                                              (date)
complaint to prison authorities at __N.C.C.C__ to be mailed to the United
                                   (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3·7·2024

__Marc Anthony Mascurgio__
Signature of Plaintiff

__Nassau County Correctional Center (N.C.C.C__
Name of Prison Facility or Address if not incarcerated

__100 Carmen ave__
__East Meadow, NY 11554.__
Address

__2023003092__
Prisoner ID#

rev. 12/1/2015

5



LEGAL MAIL

MID-ISLAND NY 117
MAR 2024 US POSTAGE PITNEY BOWES
ZIP 11554 $ 000.88⁰
02 4W
0000377001 MAR 11 2024

USMS

USDC
Eastern District of New York
100 Federal Plza.
Central Islip, NY 11722

11722-443800

NASSAU COUNTY CORRECTIONAL CENTER
100 CARMAN AVE
EAST MEADOW, NY 11554-1146
NAME KERSHANT AVERY
LOCATION E/4/6
CC# 20240003195

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 13 2024 ★
LONG ISLAND OFFICE

